■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE PEOPLES, Appellant. [885 NYS2d 819]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 14, 2008. The judgment convicted defendant, upon a jury verdict, of murder in the second degree and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him after a jury trial of, inter alia, murder in the second degree (Penal Law § 125.25 [1]). Defendant failed to preserve for our review his contention that County Court erred in failing to instruct the jury that a witness was an accomplice as a matter of law, thus requiring corroboration of the testimony of that witness (*see People v Fortino*, 61 AD3d 1410, 1411 [2009]; *People v Montanez*, 57 AD3d 1366, 1367 [2008], *lv denied* 12 NY3d 857 [2009]; *People v Taylor*, 57 AD3d 1518 [2008], *lv denied* 12 NY3d 822 [2009]). "In any event, the failure of the court to give that instruction is of no moment, inasmuch as the testimony of the witness was in fact amply corroborated" (*Fortino*, 61 AD3d at 1411; *see People v Smith-Merced*, 50 AD3d 259 [2008], *lv denied* 10 NY3d 939 [2008]; *People v White*, 81 AD2d 486, 488-489 [1981]). Defendant also failed to preserve for our review his contention that he was deprived of a fair trial by prosecutorial misconduct on summation (*see* CPL 470.05 [2]; *People v Romero*, 7 NY3d 911 [2006]; *People v Smith*, 32 AD3d 1291, 1292 [2006], *lv denied* 8 NY3d 849 [2007]), and that contention is without merit in any event. Contrary to defendant's final contention, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.